# Order

Michigan Supreme Court
Lansing, Michigan

July 25, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142232-3(59)

JASON R. SALENBIEN,
      Plaintiff-Appellee,
and

ALLSTATE INSURANCE COMPANY,
      Intervening Plaintiff/Cross-
      Appellant

v

                          SC: 142232-3
                          COA: 291517, 291543
                          WCAC: 08-000062

ARROW UNIFORM RENTAL LIMITED
PARTNERSHIP,
      Defendant-Appellant/Cross-
      Appellee.
_____/

      On order of the Court, the motion for reconsideration of this Court's March 29, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

_____
Clerk

d0718